UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 4/6/2020

THIERRY BARNEBOUGLE; MICHAEL CRUZ; AMR ABOU ELKHIER; JOSE LEODON HERNANDEZ; NATHANIEL LAWRENCE; and NAISHEL SOPHIA,

               Petitioners,

v.

THOMAS DECKER, in his official capacity as Director of the New York Field Office of U.S. Immigrations & Customs Enforcement; and CHAD WOLF, in his official capacity as Acting Secretary, U.S. Department of Homeland Security,

               Respondents.

No. 20-CV-2822 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

      Today, the Court received Petitioners Thierry Barnebougle, Michael Cruz, Amr Abou Elkhier, Jose Leodon Hernandez, Nathaniel Lawrence, and Niashel Sophia's petition for a writ of habeas corpus under 28 U.S.C. § 2241, requesting release from ICE custody because of the crisis posed by COVID-19. Dkt. 1. No later than Wednesday, April 8, 2020, the Government shall advise the Court whether it has any objection to this request and, if so, provide the basis for that objection. To the extent that Petitioners have medical records memorializing their health conditions, they shall provide them to the Court no later than Wednesday, April 8, 2020.

Petitioners shall promptly serve this Order on Respondents and file proof of such service on the docket.

SO ORDERED.

Dated:    April 6, 2020
             New York, New York

Ronnie Abrams
United States District Judge